# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 FEB 12  A  9: 28

U.S. DISTRICT COURT
DISTRICT OF MASS.

**VINCENT M. PANICZKO, EXECUTOR**
**of the ESTATE OF CATHERINE PANICZKO**
**Plaintiff**

**Vs.**

**KIA MOTORS CORPORATION**
**Defendant**

**PLAINTIFF'S COMPLAINT**

**Civil Action No.**

04 - 30030 - KPN

FILING FEE PAID:
RECEIPT # 305512
AMOUNT $ 150.00
BY DPTY CLK MMc
DATE 2/12/04

1. This is an action for wrongful death. This Court has jurisdiction based on diversity of jurisdiction and the plaintiff's reasonable belief that recover in this case would exceed $75,000.00 exclusive of costs and interest.

2. The plaintiff VINCENT M. PANICZKO is the duly appointed executor of the estate of his mother CATHERINE PANICZKO late of North Hatfield, Hampshire County, Massachusetts. He was so appointed by the Hampshire Probate and Family Court on July 11, 2002. He is a resident of 72 Pantry Road, North Hatfield, Massachusetts.

3. The defendant KIA MOTORS CORPORATION [hereinafter "KIA"] is a manufacturer of automobiles, including the Kia Rio, in South Korea and exports said automobiles to the United States for sale throughout the United States and more particularly in the Commonwealth of Massachusetts.

4. On or about July of 2001 CATHERINE PANICZKO purchased a 2001 year model Kia Rio, manufactured by the defendant KIA, from a KIA dealer in Northampton, Hampshire County, Massachusetts.

5. On or about December 20, 2001 CATHERINE PANICZKO was operating her Kia Rio on North King Street in Northampton, Hampshire County, Massachusetts, when her vehicle left her lane and collided head-on with a truck coming from the opposite direction. Said accident was not due to any negligence on the part of CATHERINE.

6. Said Kia Rio was equipped with a driver's side air bag, which failed to deploy in the accident despite severe high impact damage to the front end of the Paniczko car.

7. As a result of the accident and the failure of the air bag to deploy, CATHERINE PANICZKO sustained multiple trauma, including fractures, to her chest, head and legs resulting in her death.

## COUNT I
## VINCENT M. PANICZKO, EX. V. KIA MOTORS CORPORATION
## BREACH OF WARRANTY - UCC

8. The plaintiff restates the allegations in paragraphs 1-7.

9. The failure of the Kia air bag to deploy was a breach of the implied warranties of fitness and merchantability under the Uniform Commercial Code, General Laws Section 2-314 and 315, Chapter 206.

10. As a result of the defendant's breach of warranty, CATHERINE PANICZKO sustained serious personal injuries, loss of earning capacity, incurred medical expenses and was otherwise damaged.

11. Wherefore, the plaintiff says that the defendant KIA owes the fair monetary value to be determined by the Court or Jury of the decedent to the person or persons entitled to receive the damages recovered, including but not limited to compensation for the loss of the reasonably expected net income, services, protection, care, assistance, society, companionship, comfort, guidance, counsel and advice of the decedent to the persons entitled pursuant to Massachusetts General Laws, chapter 299, Sections 1 and 2, plus costs and interest.

## COUNT II
## VINCENT M. PANICZKO, EX. V. KIA MOTORS CORPORATION UNFAIR OR DECEPTIVE BUSINESS PRACTICES- c. 93A

12. The plaintiff restates the allegations in paragraphs 1-7.

13. The breach of the implied warranties of merchantability and fitness under the Uniform Commercial Code, as alleged in Count I, constitute an unfair or deceptive business practice in violation of G.L., c. 93A, §§2 and 9.

14. Wherefore, the plaintiff says that the defendant KIA owes, in addition to any damages awarded under Count I, double or treble damages for a willful or knowing violation, plus reasonable attorney's fees, costs and interest to be determined by the Court.

15. The plaintiff requests a trial by jury.

> VINCENT M. PANICZKO,
> EXECUTOR of the ESTATE OF
> CATHERINE PANICZKO
> PLAINTIFF,
>
> By _____
> STEPHEN W. SILVERMAN, ESQ.
> 73 State Street
> Springfield, Ma. 01103
> (413) 788-6188
> fax: 736-4968
> BBO# 463020