UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VINCENT M. PANICZKO, executor of the Estate of Catherine Paniczko,<br><br>Plaintiff<br><br>vs.<br><br>KIA MOTORS CORPORATION et al.,<br><br>Defendants | CIVIL ACTION NO. 04-30030-KPN |

## DISCLOSURE STATEMENT OF KIA MOTORS AMERICA, INC.

Kia Motors America, Inc., a non-governmental corporate party to this action, is a wholly-owned subsidiary of Kia Motors Corp.

KIA MOTORS AMERICA, INC.,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

John A.K. Grunert (BBO: 213820)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, John A.K. Grunert, hereby certify that on May 27, 2004, I served the within disclosure statement by causing a copy to be mailed, by first class mail, postage prepaid, to Stephen W. Silverman, Esquire, 73 State Street, Springfield, MA 01103.

John A.K. Grunert