UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT M. PANICZKO, executor of  )
the Estate of Catherine Paniczko,  )
)
Plaintiff  )
)
vs.  )   CIVIL ACTION NO. 04-30030-MAP
)
KIA MOTORS CORPORATION et al.,  )
)
Defendants  )

## DISCLOSURE STATEMENT OF KIA MOTORS CORPORATION

Kia Motors Corporation ("KMC"), a non-governmental corporate party to this action, states pursuant to L.R. 7.3 that it has no parent company and that Hyundai Motor Company is a publicly held company that owns more than 10% of its stock.

KIA MOTORS CORPORATION,

By its attorneys,

CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.

John A. K. Grunert (BBO: 213820)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, John A.K. Grunert, hereby certify that on July 12, 2004, I served the within disclosure statement by causing a copy to be mailed, by first class mail, postage prepaid, to Stephen W. Silverman, Esquire, 73 State Street, Springfield, MA 01103.

John A.K. Grunert