UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-30030-KPN

VINCENT M. PANICZKO, EXECUTOR
OF THE ESTATE OF CATHERINE PANICZKO,
                          Plaintiff

vs.

KIA MOTORS CORPORATION AND KIA MOTORS AMERICA, INC.,
                          Defendants

## AFFIDAVIT OF SERVICE

I, STEPHEN W. SILVERMAN, ESQ., attorney for the Plaintiff Vincent M. Paniczko, Executor of the Estate of Catherine Paniczko state on oath that on July 8, 2004, I served the Defendants Kia Motors Corporation and Kia Motors America, Inc. by sending certified mail return receipt requested a copy of the Complaint, Civil Cover Sheet, Summons and waiver of service form and magistrate consent form to their respective addresses as shown on Plaintiff's Complaint, as evidenced by the enclosed original receipts.

      Signed under oath and penalties of perjury, this 20th day of July, 2004.

Stephen W. Silverman, Esq.
73 State Street, Suite 203
Springfield, MA 01103
(413) 788-6188  Fax (413) 736-4968

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br>. Goldzweig, Esq., Senior Counsel<br>TORS AMERICA, INC.<br>⌐irlands Boulevard<br>ox 52410<br>, CA 92619-2410 | D. Is delivery address different from item? ☐ Yes<br>If YES, enter delivery address below ☐ No<br>[postmark: IRVINE CA 926 JUL 13 2004] | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number (Copy from service label) | 7002 0860 0004 9484 6093 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stephen W. Silverman
73 State St.
Springfield, MA 01103

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

.K. Grunert, Esq.
 l Campbell Edwards & Conroy, P.C.
 stitution Plaza
   MA 02129

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery 2/12

C. Signature
X _____
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7002 0860 0004 9484 6086

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Stephen W. Silverman
73 State St.
Springfield, MA 01103