UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT M. PANICZKO, executor of the Estate of Catherine Paniczko,<br><br>Plaintiff<br><br>vs.<br><br>KIA MOTORS CORPORATION et al.,<br><br>Defendants | CIVIL ACTION NO. 04-30030-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, John A.K. Grunert, one of the counsel of record in this matter for the defendants Kia Motors Corp. and Kia Motors America, Inc., hereby certify that I have conferred with Mark J. Goldzweig, Esquire, Senior Litigation Counsel at Kia Motors America, Inc. and the person with responsibility for managing this case, with a view to establishing a budget for the costs of litigating the case through trial and also for various alternative courses and to consider attempted resolution of the case through alternative dispute resolution programs such as mediation, a minitrial, a summary jury trial, and other means of facilitating settlement.

JOHN A. K. GRUNERT (BBO: 213820)
Campbell Campbell Edwards & Conroy PC
One Constitution Plaza
Boston, MA 02129
(617) 241-3000