UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT M. PANICZKO, executor of the Estate of Catherine Paniczko, ) ) ) ) Plaintiff ) ) vs. ) ) KIA MOTORS CORPORATION et al., ) ) Defendants ) ) | CIVIL ACTION NO. 04-30030-MAP |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Mark J. Goldzweig, Senior Litigation Counsel at Kia Motors America, Inc. and the individual responsible for managing this litigation for the defendants, hereby certify that I have conferred with counsel for the defendants, John A. K. Grunert, with a view to establishing a budget for the costs of litigating this case through trial and also for various alternative courses and to consider attempted resolution of the case through alternative dispute resolution programs such as mediation, a minitrial, a summary jury trial, and other means of facilitating settlement.

_____
MARK J. GOLDZWEIG
Senior Litigation Counsel

## CERTIFICATE OF SERVICE

I, John A. K. Grunert, hereby certify that on August 25, 2004, I served the within certification by causing a copy to be mailed, by first class mail, postage prepaid, to Stephen W. Silverman, Esquire, 73 State Street, Springfield, MA 01103.

John A.K. Grunert (BBO: 213820)