UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VINCENT PANICZKO, executor of the<br>Estate of Catherine Paniczko,<br>　　　　　　　　　Plaintiff | )<br>)<br>)<br>) | |
| v. | ) | Civil Action No. 04-30040-MAP |
| | )<br>) | |
| KIA MOTOR CORPORATION et al.,<br>　　　　　　　　　Defendants | )<br>) | |

SCHEDULING ORDER
September 3, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by October 15, 2004.

2. All non-expert discovery, including depositions, shall be completed by March 4, 2005.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by April 1, 2005.

4. Depositions of Plaintiff's expert(s) shall be completed by April 29, 2005.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 3, 2005.

6. Depositions of Defendant's expert(s) shall be completed by July 1, 2005.

7. Counsel shall appear for a case management conference on July 19, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: September 3, 2004

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge