UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT M. PANICZKO, executor of )
the Estate of Catherine Paniczko, )
                              Plaintiff )
vs. )   CIVIL ACTION NO. 04-30030-MAP
KIA MOTORS CORPORATION et al., )
                             Defendants )

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff Vincent M. Paniczko, executor of the estate of Catherine Paniczko, and the defendants Kia Motors Corporation and Kia Motors America, Inc., being all parties to have appeared in this action, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Rule 68.2 of the Local Rules of the United States District Court for the District of Massachusetts that this action shall be dismissed forthwith with prejudice but without an award of costs to any party. The parties further stipulate that all rights to appeal from the judgment of dismissal are waived.

| | |
|---|---|
| VINCENT M. PANICZKO, executor of the estate of Catherine Paniczko, | KIA MOTORS CORPORATION and KIA MOTORS AMERICA, INC., |
| By his attorney, | By their attorneys, |
| _/s/ Stephen W. Silverman_ | CAMPBELL CAMPBELL EDWARDS & CONROY, P.C. |
| Stephen W. Silverman (BBO: 463020) 73 State Street, Suite 203 Springfield, MA 01103 (413) 788-6188 | _/s/ John A. K. Grunert_ John A. K. Grunert (BBO: 213820) One Constitution Plaza Boston, MA 02129 (617) 241-3000 |